# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRY LUCIUS PERCLE, JR.

NO. 2024 KW 1265

**JANUARY 27, 2025**

---

In Re:    Jerry Lucius Percle, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 627548.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

                              EW
                              SMM
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COU